

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE

MARY ANNE VINSON,

RELATOR

§

§

§

§

§

No. 08-18-00207-CV

An Original Proceeding
in Mandamus

**O R D E R**

On April 12, 2019, the Court abated this original proceeding to give the Honorable Selena Solis an opportunity to reconsider the ruling of the former judge of the 243rd District Court of El Paso County. Judge Solis notified the Court by letter dated June 4, 2019 that she has reviewed the order and will not be entering any additional orders. Therefore, the above-styled and numbered cause is reinstated.

IT IS SO ORDERED THIS 5TH DAY OF JUNE, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.